UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>     Plaintiff,<br>v.<br><br>ANGELO HALIGIANNIS, STERLING WATTERS GROUP LP, STERLING WATTERS CAPITAL ADVISORS, LLC, and STERLING WATTERS CAPITAL MANAGEMENT, INC.,<br><br>     Defendants. | Civil Action No. 1:04-CV-6488-LAP |

## [PROPOSED] ORDER FOR PAYMENT OF TAXES, AND FEES AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed Plaintiff's Motion to Disburse Funds to Pay Taxes and Fees and Expenses of the Tax Administrator and the supporting Declarations, and it appearing that such Motion should be granted, it is hereby

ORDERED, that Plaintiff's motion is GRANTED.

AND IT IS FURTHER ORDERED, that the Clerk of the Court shall issue: 1) a check on the registry account associated with this matter in the amount of $200.00 payable to "Miller Kaplan Arase LLP SEC Trust Account" and bearing the Employer Identification Number for the Fund. The check shall be sent to:

 Miller Kaplan Arase LLP
 275 Battery Street, Suite 1800
 San Francisco, California 94111

and shall issue 2) a check on the registry account associated with this matter in the amount of $8,909.79 payable to Miller Kaplan Arase LLP. The checks shall be sent to:

Miller Kaplan Arase LLP
4123 Lankershim Blvd.
North Hollywood, California 91602-2828

Dated: December 12, 2022

_Loretta A. Preska_
UNITED STATES DISTRICT JUDGE