UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,
            Plaintiff,

v.

ANGELO HALIGIANNIS, STERLING
WATTERS GROUP LP, STERLING
WATTERS CAPITAL ADVISORS, LLC,
and STERLING WATTERS CAPITAL
MANAGEMENT, INC.,

           Defendants.

Civil Action No. 1:04-CV-6488-LAP

## [PROPOSED] ORDER FOR PAYMENT OF FEES AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed Plaintiff's Motion for an Order Disbursing Funds to Pay Fees and Expenses of the Tax Administrator and the supporting Declaration, and it appearing that such Motion should be granted, it is hereby

ORDERED, that Plaintiff's motion is GRANTED.

AND IT IS FURTHER ORDERED, that the Clerk of the Court shall issue a check on the registry account associated with this matter in the amount of $2,372.55 payable to Miller Kaplan Arase LLP. The check shall be sent to:

Miller Kaplan Arase LLP
4123 Lankershim Blvd.
North Hollywood, California 91602-2828.

Dated: Sept. 7 2023

_Loretta A. Preska_
UNITED STATES DISTRICT JUDGE