UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff,<br> v.<br>ANGELO HALIGIANNIS, STERLING WATTERS GROUP LP, STERLING WATTERS CAPITAL ADVISORS, LLC, and STERLING WATTERS CAPITAL MANAGEMENT, INC.,<br>      Defendants. | Civil Action No. 1:04-CV-6488-LAP |

### ORDER APPROVING DISBURSEMENT OF DISTRIBUTION FUND

The Court, having considered Plaintiff Securities and Exchange Commission's (the "SEC") Motion for an Order to Transfer Funds for Distribution, the Memorandum in Support, and supporting materials, for good cause shown,

IT IS HEREBY ORDERED, that:

1. Plaintiff's motion is **GRANTED**;

2. In accordance with the directions provided by the Distribution Agent, the Clerk of the Court shall issue a check in the name "SEC v. Haligiannis Distribution Fund" on the registry account associated with this matter in the amount of $402,095.43 and send the check to the escrow account established by the Third Party at Huntington National Bank. The check shall be sent to:

    Attn: National Settlements Mail Teller EA1W18
    Huntington National Bank
    7 Easton Oval
    Columbus, OH 43219

    The Distribution Agent will provide directions to the Clerk of Court concerning account information to be included with the check prior to distribution.

3. The Third Party shall distribute the Distribution Fund, net of the reserve to Eligible Claimants in the Payee List accordance with the Plan described in the Motion.

IT IS SO ORDERED

Dated: January 31, 2024

*Loretta A. Preska*
_____
UNITED STATES DISTRICT JUDGE