UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>              Plaintiff,<br>v.<br>ANGELO HALIGIANNIS, STERLING WATTERS GROUP LP, STERLING WATTERS CAPITAL ADVISORS, LLC, and STERLING WATTERS CAPITAL MANAGEMENT, INC.,<br>              Defendants. | Civil Action No. 1:04-CV-6488-LAP |

## ORDER DISBURSING FUNDS FOR PAYMENT OF FEES AND EXPENSES

The Court, having reviewed Plaintiff's Motion for an Order Disbursing Funds to Pay Fees and Expenses of Guidehouse Inc., Baker & Hostetler LLP, and PACE Claims Services LLC ("Guidehouse") and the supporting invoice, and for good cause shown, it is hereby

ORDERED, that Plaintiff's motion is GRANTED.

AND IT IS FURTHER ORDERED, that the Clerk of the Court shall issue payment to Guidehouse on the registry account associated with this matter in the amount of $6,019.00. The Distribution Agent will provide directions to the Clerk of Court concerning account information separately.

Dated: May 1, 2024

*Loretta A. Preska*
_____
UNITED STATES DISTRICT JUDGE