UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>     Plaintiff,<br>  v.<br>ANGELO HALIGIANNIS, STERLING WATTERS GROUP LP, STERLING WATTERS CAPITAL ADVISORS, LLC, and STERLING WATTERS CAPITAL MANAGEMENT, INC.,<br>     Defendants. | Civil Action No. 1:04-CV-6488-LAP |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR AND TO TRANSFER FUNDS FOR DISTRIBUTION**

The Court, having considered Plaintiff's Motion For an Order Disbursing Funds to Pay Fees and Taxes and Expenses of the Tax Administrator and to Transfer Funds for Distribution, the supporting Memorandum and Declaration, and for good cause shown,

IT IS HEREBY ORDERED, that:

1. Plaintiff's motion is GRANTED;

2. The Clerk of the Court shall issue payment on the Court Registry Investment System ("CRIS") account associated with this matter in the amount of $4,639.05 payable to Miller Kaplan Arase LLP. The Distribution Agent will provide directions to the Clerk of Court concerning account information separately.

3. The Clerk of the Court shall issue payment in the name of "SEC v. Haligiannis Distribution Fund" on the CRIS account associated with this matter in the amount of $678.01 and send the payment to the escrow account established by the Guidehouse Inc., Baker & Hostetler LLP, and PACE Claims Services LLC

("Guidehouse" or "Third Party") at Huntington National Bank. The Distribution Agent will provide directions to the Clerk of Court concerning account information separately.

4. Guidehouse shall distribute the $1749.00 to the Eligible Claimant in accordance with the Plan as described in the Motion.

Dated: October 8, 2024

IT IS SO ORDERED

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE