# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          **Plaintiff,**<br><br>    v.<br><br>ANGELO HALIGIANNIS, STERLING WATTERS GROUP LP, STERLING WATTERS CAPITAL ADVISORS, LLC, and STERLING WATTERS CAPITAL MANAGEMENT, INC.,<br><br>          **Defendants.** | Civil Action No. 1:04-CV-6488-LAP |

## ~~[PROPOSED]~~
## ORDER APPROVING PLAINTIFF'S MOTION TO CLOSE COURT REGISTRY INVESTMENT SYSTEM ACCOUNT FOR THE DISTRIBUTION FUND AND TRANSFER FUNDS TO COURT REGISTRY

The Court, having considered Plaintiff Securities and Exchange Commission's ("Plaintiff") Motion to Close Court Registry Investment System Account and Transfer Funds to the Court Registry, the Memorandum in Support, and for good cause shown,

IT IS HEREBY ORDERED, that:

1.    Plaintiff's motion is **GRANTED**;

2.    The Clerk of the Court shall close the Court Registry Investment System ("CRIS") account for the funds associated with this matter ("CRIS Account"); and

3.    The Clerk of Court shall transfer the principal and any and all accrued interest in the CRIS Account to the Court Registry pending a final accounting and further order from this Court in accordance with the Plan as described in the Motion.

          IT IS SO ORDERED

Dated: March 10, 2025

_Loretta A. Preska_
UNITED STATES DISTRICT JUDGE