UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>**Plaintiff,**<br>**v.**<br>**ANGELO HALIGIANNIS, STERLING WATTERS GROUP LP, STERLING WATTERS CAPITAL ADVISORS, LLC, and STERLING WATTERS CAPITAL MANAGEMENT, INC.,**<br>**Defendants.** | **Civil Action No. 1:04-CV-6488-LAP** |

**~~[PROPOSED]~~ ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR**

The Court, having considered Plaintiff's Motion for an Order Disbursing Funds to Pay Fees and Expenses of the Tax Administrator, the supporting Memorandum and Declaration, and for good cause shown,

IT IS HEREBY ORDERED, that:

1. Plaintiff's motion is GRANTED;
2. The Clerk of the Court shall issue payment on the Court Registry account associated with this matter in the amount of $5,543.27 to Miller Kaplan Arase LLP. The Distribution Agent will provide directions to the Clerk of Court concerning account information separately.

Dated: Aug. 3, 2026

IT IS SO ORDERED

Loretta A Preska

UNITED STATES DISTRICT JUDGE